AO 238
(REV. 8/93)

# United States District Court

FOR THE

07-331-M-01

1 of 2

UNITED STATES OF AMERICA
VS.

Reyes, Carloas A.

Defendant.

| Violation Notice Number(s) | Violation Date(s) |

FILED

JUL 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

32 CFR 234.7 (A)

RECEIVED
UNITED STATES MARSHAL
Jun 23  3:30 PM '03
EASTERN DISTRICT
OF VIRGINIA
ALEX ANDRIA DIVISION

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral In the Amount of $ __MANDATORY COURT__ forfeited in Lieu of Appearance.
  APPEARANCE REQUIRED

Date  1/22/03

United States Magistrate Judge

---

## RETURN

| | Date | Location |
|---|---|---|
| RECEIVED | | |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date | Location |
|---|---|---|
| | | |

Name _____  Title _____  District _____

Date _____  Signature _____

AO 238
(REV. 8/83)

# United States District Court

FOR THE

732862

07-331-M-01

UNITED STATES OF AMERICA

VS.

Reyes, Carlos A.

Defendant.

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| | |

32 CFR 234.11 (E)

**FILED**

JUL 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
UNITED STATES MARSHAL
JAN 23  3:30 PM '03
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **MANDATORY COURT APPEARANCE REQUIRED** forfeited in Lieu of Appearance.

Date 1/22/03

_____
United States Magistrate Judge

---

**RETURN**

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

Name _____  Title _____  District _____

Date _____  Signature _____

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOV 22, 2002 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

While responding to a cell of a disturbance on the metro platform on the Pentagon reserved area, I recovered observed a male subject later identified as CARLOS REYES by his NC-ID card. REYES was telling profanities at people in the area and threatened a metro employee. Ofc. Kinnard and myself placed REYES into custody. REYES was transported to POS II for processing and a intox test. REYES blew a .255 and a .259 on the intox. REYES was cited and released.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/22/03  [signature]
Date (mm/dd/yyyy)  Officer's Signature

* Probable cause has been stated for the issuance of a warrant

Executed on: 1/22/03  [signature]
Date  U.S. Magistrate Judge

DD FORM 1805, SEP 1998

FILED
JUL 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

### United States District Court
### Violation Notice

| Fac Code | Violation No. | Date Officer Name | Officer No. |
|---|---|---|---|
| EV-78 | P2047453 | W. Caouette | C6403 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 02 NOV 22  1731 | 32 CFR 234.75 A7 |

Place of Offense: Metro upper platform

Offense Description: Disorderly Conduct

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Reyes | Carlos | A |

Street Address:

VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS
   ☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
   ☐ I plead not guilty and promise to appear as required.

YOUR COURT DATE

| Date | Time |
|---|---|
| 17 Jan 03 | 9:00 AM |

Collateral ($): N/A

P2047453

AO 238
(REV 2/93)



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

**UNITED STATES OF AMERICA**
VS.

Reyes, Carlos A.

Defendant.

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
|  |  |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ _____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

MANDATORY COURT APPEARANCE REQUIRED
401 Courthouse Square
Alexandria, VA 22314

BETWEEN 8:30-2:00
MON-FRI

Sincerely,

John F. Clark
UNITED STATES MARSHAL

BY: __JANICE BROWN__ /s/ FOR
DEPUTY UNITED STATES MARSHAL
TOM CLARKSON
DATE OF NOTICE: 01/24/2003
PHONE: 703-837-5501

07-331-M-01

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on Nov 22nd, 2002 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I (Caovette) responded to a call of a male subject on the Metro platform on the Pentagon reservation was causing a disturbance. Upon arrival I observed a male subject later identified as CARLOAS REYES by his NC identification card. REYES was walking around and yelling profanities at people and also threatened a Metro employee. OFC. Hinnard and I placed REYES into custody. At that time I smelled a strong order of an alcoholic beverage. REYES was arrested and transported to ERT for processing and in tox test. REYES BAC was .255 on the first test and .259 on the 2nd test. REYES was cited and released

The foregoing statement is based upon
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 02 Nov. 02  [signature]
Date  Officer's Signature

Probable cause has been stated for the issuance of a warrant.
Executed on 1/22/03  [signature]
Date  U.S. Magistrate Judge

**FILED**
JUL 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**United States District Court**
**Violation Notice**

EV-78
Violation No: P2047454
Print Officer Name: W. Caovette
Officer No: C6403

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 62 Nov 02 1731
Offense Charged: 32CFR 234.11(e)
Place of Offense: Metro Upper Platform
Offense Description: Being present on property while under the Influence

Defendant's Last Name: Reyes
First Name: Carloas
Street Address: —
Date of Birth: —

VEHICLE DESCRIPTION
| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Model | Vehicle Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

P2047454

☒ A  YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
☐ B  YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
  ☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
  ☐ I plead not guilty and promise to appear as required.

YOUR COURT DATE
Date: 17 Jan 03
Time: 9:00 AM
Court Address:

Collateral Offered: MA
For payment by credit card, SEE INSTRUCTIONS
DD FORM 1805, SEP 1998    Original - CVB Copy

AO 238
(REV 2/93)



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

UNITED STATES OF AMERICA
VS.

Reyes, Carlos A.

(Defendant)

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| | |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ _____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

MANDATORY COURT APPEARANCE REQUIRED
401 Courthouse Square
Alexandria, VA 22314

BETWEEN 8:30-2:00
MON-FRI

Sincerely,

John F. Clark
UNITED STATES MARSHAL

BY: JANICE BROWN _____ FOR
DEPUTY UNITED STATES MARSHAL

TOM CLARKSON
DATE OF NOTICE: 01/24/2003
PHONE: 703-837-5501